# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

                                          Case No. 05-CR-266

-vs-

**CARTELL A. MCLEMORE,**

        Defendant.

## ORDER

Before the Court is defendant, Cartell McLemore's ("McLemore") objection to Magistrate Judge William E. Callahan's Recommendation to this Court denying McLemore's motion to suppress.

The Court has reviewed the record, the Magistrate Judge's Recommendation, and the briefs submitted and rules as follows.

The Magistrate Judge's Recommendation and the reasoning supporting that Recommendation is adopted by this Court in toto.

**NOW, THEREFORE, BASED ON THE FOREGOING IT IS HEREBY ORDERED THAT** McLemore's motion to suppress is **denied**.

Dated at Milwaukee, Wisconsin, this 31st day of March, 2006.

                                                      **SO ORDERED,**

                                                      s/ Rudolph T. Randa
                                                      **HON. RUDOLPH T. RANDA**
                                                      **Chief Judge**