UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 05-CR-266

    vs.

CARTELL A. MCLEMORE,

        Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and in consideration of the guilty verdict of the Cartell A. McLemore to Counts One, Two and Three of the Superseding Indictment;

IT IS HEREBY ORDERED that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

    1.    Approximately $2,880.00 in United States currency seized at 2284 N. 83rd Street, Apartment 4, Wauwatosa, WI.

IT IS FURTHER ORDERED that the above item shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in his respective Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 24th day of August, 2006.

                                               s/ Rudolph T. Randa
                                               HON. RUDOLPH T. RANDA
                                               Chief Judge